## PETITIONS TO REHEAR

CLARY v. BOARD OF EDUCATION

>    No. 12
>
>    Reported: 285 N.C. 188.
>
>    Petition by plaintiffs to rehear allowed 15 July 1974.

CRUTCHER v. NOEL

>    No. 16.
>
>    Reported: 284 N.C. 568.
>
>    Petition by Noel to rehear denied 8 April 1974.

SINK v. EASTER

>    No. 93.
>
>    Reported: 284 N.C. 555.
>
>    Petition by Sink to rehear denied 15 March 1974.

STATE v. EUBANKS

>    No. 67.
>
>    Reported: 283 N.C. 556.
>
>    Petition by Eubanks to rehear denied 12 July 1973.